DOMINGA GHIRA, AS EXECUTRIX OF THE LAST WILL AND TESTAMENT OF DOMINICO GHIRA, DECEASED, *Plaintiff in Error,* v. BUTLER D. FOSTER, *Defendant in Error.*

A writ of error issued on a day within a pending term of the appellate court and made returnable to a day within the same term violates the law and is void, and the case thereby attempted to be brought to the appellate court will be stricken from its dockets. (SHACKLEFORD, J., disqualified.)

This case was decided by the Court *En Banc.*

Writ of error to the Circuit Court for Hillsborough county.

The facts in the case are stated in the opinion of the court.

*Sparkman & Carter* for plaintiff in error.

*Macfarlane & Shackleford* for defendant in error.

PER CURIAM.—This cause came on to be finally heard upon the transcript and abstracts of the record, and it appearing that the writ of error therein was issued on a day in the June term, 1898, of this court, to-wit: on June 16th, 1898, and was made returnable to a day within said June term, to-wit: January 9th, 1899, in violation of law and is, therefore, void, it is, therefore, considered by the court that said cause be and the same is stricken from the dockets of this court. *Bishop v. Lyons,* 43 Fla. 445, 31 South. Rep. 350.

SHACKLEFORD, J., being disqualified, took no part in this decision.